# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19 ...06
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:    Judge Jack B. Weinstein
       Transferor Judges:    (See Attached List of Judges)
       Transferor Clerk:     Richard W. Wieking

JPML Form 36

A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY   2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01237-MJJ    Document 5    Filed 09/22/06    Page 3 of 13
Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC          Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA         Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW         Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB         James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ         Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA         Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA         Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ         Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009            Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011            Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013 WHA         Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH         Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH         Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ         Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP         Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA         Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC          Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH         David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH         Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW         Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149            Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150 WHA         Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152            Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153 MMC         Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA         Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH         Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ         Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW         Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW           Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35              Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40              Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41 WHA           Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL          Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA          Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW          Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA          Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH          Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH          Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA          Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC          Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC           Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA          Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC          Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA          Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC           Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH          Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC           Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA          Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH          Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ          Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA          Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

CAN 3  06-959        Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960        Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961        Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962        Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965        Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966        Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967        Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968        Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969        Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970        Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972        Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976        Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979        Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981        Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983        Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984        Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987        Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989        Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990        Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991        Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994        Jason Evans v. Eli Lilly & Co.
CAN 3  06-995        Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996        Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997        Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998        Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999        Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001       Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003       Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004       Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005       Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006       Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007       Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008       Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009       Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010       Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011       Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013       Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023       Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024       Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025       Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026       Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027       Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028       Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029       Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031       Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033       Craig Green v. Eli Lilly & Co.
CAN 3  06-1034       Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035       Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036       Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037       Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039       John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040       John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041       Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042       Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043       Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044       Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045       John Sgarlata, et al. v. Eli Lilly & Co.
~~CAN 3  06-1046~~       ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-1049~~       ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 3 of 9

| | | | |
|---|---|---|---|
| CAN 3 | 06-1050 | | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 | | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 | | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 | | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 | | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 | | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 | | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 | | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 | | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 | | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 | | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 | | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 | | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 | | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 | | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 | | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 | | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 | | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1081~~ | | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 | | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 | | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 | | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 | | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 | | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 | | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 | | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 | | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 | | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 | | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 | | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 | | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 | | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 | | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 | | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 | | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 | | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 | | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 | | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 | | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 | | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 | | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 | | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 | | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 | | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 | | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 | | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 | | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 | | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 | | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 | | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 | | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 | | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 | | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 | | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 | | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 | | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 | | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 | | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 | | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 4 of 9

CAN 3  06-1160        Yash Kapur v. Eli Lilly & Co.
CAN 3  06-1161        Doreen Bell v. Eli Lilly & Co.
CAN 3  06-1162        William O'brien v. Eli Lilly & Co.
CAN 3  06-1163        Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164        Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168        Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170        Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171        Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172        Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174        David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175        Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178        Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179        Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180        Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182        Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184        Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185        Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186        Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187        Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188        Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190        Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194        Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195        Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198        Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199        Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200        Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201        Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202        Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204        Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206        Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207        Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209        Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230        John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231        Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232        Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233        Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235        Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236        Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237        Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239        Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240        Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241        Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242        Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244        Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245        Cox v. Eli Lilly & Co.
CAN 3  06-1246        Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263        William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267        Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269        Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270        Rivers v. Eli Lilly & Co.
CAN 3  06-1273        Marianne Capelie, et al. v. Eli Lilly & Co.
CAN 3  06-1274        Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281        Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282        Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293        Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294        Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297        Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299        Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308        Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)          PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  Joel Feser v. Eli Lilly & Co.
CAN 3  06-1532  Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533  Eric Padgett v. Eli Lilly & Co.
CAN 3  06-1534  Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537  Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  David Bell v. Eli Lilly & Co.
CAN 3  06-1563  Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  Nicholas Gonzales v. Eli Lilly & Co.
CAN 3  06-1626  Ann Dutton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627  Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  Marcella L. Lowry v. Eli Lilly & Co.

Case 3:06-cv-01237-MJJ   Document 5   Filed 09/22/06   Page 9 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                     PAGE 7 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1705 SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| CAN 3 | 06-1708 | Gerald L. Fletcher v. Eli Lilly & Co. Vacated 5/17/06 |
| CAN 3 | 06-1709 SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1757 | Linda L. Nevei v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1758 SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 MHH | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 JSW | Jorenda Bolden v. Eli Lilly & Co. |
| CAN 3 | 06-2038 | Helene M. Lotka v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-2188 | Timothy Johnson, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2283 WHA | Johnnena Washington v. Eli Lilly & Co. |
| CAN 3 | 06-2385 | Russel Woodrow, et al. v. Eli Lilly & Co. Opposed 5/17/06 |
| CAN 3 | 06-2386 | John Grant, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2398 MHH | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2489 | Andra Alexander, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2609 MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| CAN 4 | 05-5097 | Cynthia Akins, et al. v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 05-5098 | Shannon La' Rocque v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
|-------|---------|--------------------------------|
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| CAN 4 | 06-1765 | Nellie G. Sarver v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| CAN 4 | 06-2384 | Saundra Burns, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton '
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102